UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21584-Civ-COOKE/GOODMAN

RICARDO BLANCO,

    Plaintiff,

vs.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 31), regarding Plaintiff's Motion for Attorney's Fees (ECF No. 27).

In his R&R, Judge Goodman recommends that I grant Plaintiff's petition and award Plaintiff $7,648.59 in attorney's fees. ECF No. 31 at 1. The parties have not filed Objections to the R&R, and the time to do so has passed.

I have reviewed Plaintiff's Motion, the briefing and accompanying exhibits, Defendant's Opposition, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R (ECF No. 31) is **AFFIRMED and ADOPTED** as the Order of this Court. Plaintiff's Motion is **GRANTED,** and Plaintiff is awarded $7,648.59 in attorney's fees as set forth in the R&R.

**DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of December 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*